

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,111-01

### EX PARTE JOSEPH GAMBOA

## ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. 2005-CR 7168A IN THE 379TH DISTRICT COURT BEXAR COUNTY

**Per curiam. HERVEY, J., RICHARDSON, J., and YEARY, J., not participating.**

## O R D E R

This is a post conviction application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure article 11.071.[1]

Applicant was convicted in March 2007 of capital murder committed in June 2005. TEX. PENAL CODE ANN. § 19.03(a). Based on the jury's answers to the special issues set forth in Article 37.071, sections 2(b) and 2(e), the trial court sentenced him to death. Art.

---

[1] Unless otherwise indicated, all references to Articles are to the Texas Code of Criminal Procedure.

37.071, § 2(g). This Court affirmed applicant's conviction and death sentence. *Gamboa v. State,* 296 S.W. 3d 574 (Tex. Crim. App. 2009).

Applicant presented twenty-nine grounds in his application challenging both his conviction and his sentence. The trial court held a live evidentiary hearing to hear from both of applicant's trial counsel and other witnesses. As to all of the allegations, the trial judge entered findings of fact and conclusions of law and recommended that relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions. Based upon the trial court's findings and conclusions and our own review of the record, relief is denied.

IT IS SO ORDERED THIS THE 4TH DAY OF FEBRUARY, 2015.

Do Not Publish